NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY BUILDING LABORERS STATEWIDE BENEFIT FUNDS AND THE TRUSTEES THEREOF,<br><br>    Petitioners,<br><br>v.<br><br>MOVE ON OF NEW JERSEY,<br><br>    Respondent. | Civil Action No.: 10-641 (JLL)<br><br>**JUDGMENT** |

This matter comes before the Court on a Motion to Confirm Arbitration Award filed by Petitioners. The motion is unopposed. The Court has considered Petitioners' motion and petition, including the arbitration award, and decision having been duly rendered by this Court,

It is on this 2nd day of March, 2010,

**ORDERED and ADJUDGED** that Petitioners shall recover from Respondent Move On New Jersey the sum of $14,090.19, comprised of:

- $8,991.64, delinquent contributions;
- $439.60, interest;
- $1,798.33, liquidated damages;
- $2,060.62, attorney's fees; and
- $800.00, arbitrator's fee.

José L. Linares,
United States District Judge